Matter of Sairitupac v Sanchez

2026 NY Slip Op 02954

May 12, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Illapa Sairitupac, Petitioner-Appellant,

v

Jasmin Sanchez, et al., Respondents-Respondents.

Decided and Entered: May 12, 2026

Index No. 154729/26|Appeal No. 6817|Case No. 2026-02635|

Before: Scarpulla, J.P., Shulman, Higgitt, O'Neill Levy, Chan, JJ.

Stoll, Glickman & Bellina, LLP, Brooklyn (Leo Glickman of counsel), for appellant.

Ali Najmi, New York, for Jasmin Sanchez, respondent.

[*1]

Judgment, Supreme Court, New York County (Matthew V. Grieco, J.), entered on or about May 6, 2026, unanimously affirmed for the reasons stated by Matthew V. Grieco, J., without costs or disbursements.

No opinion. Order filed.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 12, 2026